UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Boycat, Inc., individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>Microsoft Corporation,<br><br>  Defendant. | No. 2:25-cv-00088- RSM<br><br>STIPULATED MOTION TO CONSOLIDATE, AND EXTEND DEADLINES AND ORDER |
| Jennifer Brodiski, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>Microsoft Corporation,<br><br>  Defendant. | 2:25-cv-00112-RSM |
| Shonna Coleman, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>Microsoft Corporation,<br><br>  Defendant. | 2:25-cv-00137-RSM |

STIP. & ORDER TO SET DEADLINES - 1
4935-3152-4385v.1 0025936-003787

| | |
|---|---|
| Xavier Smith, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>   v.<br><br>Microsoft Corporation,<br><br>                Defendant. | 2:25-cv-00185-RSM |
| Storm Productions LLC, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>   v.<br><br>Microsoft Corporation,<br><br>                Defendant. | 2:25-cv-00203-RSM |
| Just Josh Inc., individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>   v.<br><br>Microsoft Corporation,<br><br>                Defendant. | 2:25-cv-00205-RSM |
| Dana Bowling, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>   v.<br><br>Microsoft Corporation,<br><br>                Defendant. | 2:25-cv-00209-RSM |

| | |
|---|---|
| Tessa Rhodes, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>Microsoft Corporation,<br><br>  Defendant. | 2:25-cv-00306-RSM |
| Eddie Blotnicki, *et al.*, individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>v.<br><br>Microsoft Corporation,<br><br>  Defendant. | 2:25-cv-00349-RSM |

Plaintiffs in the above captioned cases and Defendant Microsoft Corporation stipulate as follows:

Plaintiff Boycat filed this action on January 14, 2025, and served the Complaint on Microsoft on January 22, 2025. Since the filing of this action, eight Plaintiffs have filed Complaints against Microsoft raising similar allegations.). *See Brodiski v. Microsoft Corp.*, 2:25-cv-112-RSM (W.D. Wash. Jan 16, 2025); *Shonna Coleman v. Microsoft Corp.*, 2:25-cv-137-RSM (W.D. Wash. Jan. 21, 2025); *Xavier Smith vs. Microsoft Corp.*, 2:25-cv-185-RSM (W.D. Wash. Jan. 29, 2025); *Dana Bowling v. Microsoft Corp.*, 2:25-cv-209-RSM (W.D. Wash. Jan. 31, 2025); *Storm Productions, LLC v. Microsoft Corp.*, 2:25-cv-203-RSM (Jan. 31, 2025); *Just Josh, Inc. v. Microsoft Corp.*, 2:25-cv-205-RSM (W.D. Wash. Jan. 31, 2025); *Tessa Rhodes v. Microsoft Corp.*, 2:25-cv-306-JNW (W.D. Wash. Feb. 14, 2025); and *Blotnicki v. Microsoft*, 2:25-cv-00349-BJR (W.D. Wash. Feb. 24, 2025) (the "Related Cases"). All of the Related Cases, but for the last two (*Rhodes v. Microsoft Corp.* and *Blotnicki v. Microsoft Corp.*) have been assigned to The Honorable Ricardo Martinez, and Plaintiff's counsel in all cases have filed a Statement of Related Case.

Plaintiffs in the Related Cases have held discussions regarding both consolidation of the related actions and appointment of interim class counsel under Federal Rule of Civil Procedure 23(g).

With respect to consolidation, on January 17, 2025, Plaintiff Boycat filed a motion to consolidate this case with the *Brodiski* action, and any later filed actions asserting overlapping claims under Rule 42(a). *See* Dkt. No. 7. The Court has not yet ruled on the motion to consolidate, and after conferring with all counsel, Plaintiffs report that all Parties stipulate to consolidation of the Related Cases.

Consolidation of the Related Cases is appropriate because Plaintiffs agree that the Related Cases are based on the same subject matter, arise from the same nucleus of operative facts, assert similar causes of action, define similar and overlapping classes, alleging similar wrongful conduct, and seek similar remedies, and similar discovery and class certification issues will be relevant to all of the Related Cases. Thus, consolidation will conserve judicial resources and reduce the time and cost of trying the cases separately. *See, e.g, Burton-Curl v. Seattle Coll. Dist. S. Campus,* Nos. 2:22-cv-01781-LK, 2:22-cv-01772-LK, 2023 WL 3004063, at *1 (W.D. Wash. Apr. 19, 2023) (noting "[i]n determining whether consolidation is warranted, courts evaluate the existence of common questions of law or fact and weigh the interests of judicial economy against any delay or prejudice that might result." ); *In re Valve Antitrust Litig.*, No. 2:21-CV-00563-JNW, 2024 WL 5009034, at *1 (W.D. Wash. Dec. 6, 2024) (finding that "given the sole defendant and overlapping factual and legal issues, consolidation will promote judicial economy, ensure consistent results, and streamline matters overall"); *and see Pierce v. Cnty. of Orange,* 526 F.3d 1190, 1203 (9th Cir. 2008) (noting district courts broad discretion to consolidate actions).

Following consolidation, Plaintiffs' counsel in the Related Cases intend to file a Consolidated Amended Complaint.

With respect to leadership, the parties agree that appointment of interim class counsel is appropriate given the number of cases filed and firms involved in the litigation. *See Ekin v.*

*Amazon Servs., LLC*, No. C14-0244-JCC, 2014 WL 12028588, at *3 (W.D. Wash. May 23, 2014) (where there are multiple filings and attorneys "designation of interim counsel clarifies responsibility for protecting the interests of the class during precertification activities, such as making and responding to motions, conducting any necessary discovery, moving for class certification, and negotiating settlement.") (quoting Manual of Complex Litigation § 21.11 (4th ed. 2004)). Plaintiffs in the currently pending cases have reached consensus concerning appointment of interim class counsel which will be reflected in the motion for appointment of interim class counsel that they intend to file. Defendant takes no position on this motion. All parties, however, agree that the filing of a Consolidated Amended Complaint should follow appointment of interim class counsel.

Accordingly, the parties agree that rather than responding to each Complaint in the Related Cases, Microsoft should respond to the Consolidated Amended Complaint, once filed.

Therefore the parties jointly move the Court for an Order as follows:

- The above captioned actions shall be consolidated as *In re Microsoft Browser Extension Litigation*, No. 2:25-cv-00088-RSM (W.D. Wash);
- Plaintiffs shall file a motion for the appointment of interim class counsel on or before March 3, 2025;
- Plaintiffs will file a Consolidated Amended Complaint within 30 days of an order appointing interim class counsel;
- Microsoft will respond to the Consolidated Amended Complaint within 45 days after the filing of Plaintiffs' consolidated complaint;
- If Microsoft responds by way of motion to dismiss, interim class counsel shall file an opposition to the motion to dismiss within 45 days of the motion; and Microsoft shall have 21 days to file a reply.

|   |   |
|---|---|
| 1 | I certify that this memorandum contains |
| 2 | 785 words, in compliance with the Local |
| 3 | Civil Rules. |

February 27, 2025

By: */s Jason T. Dennett*
Jason T. Dennett, WSBA #30686
jdennett@tousley.com
Joan Pradhan, WSBA #58134
jpradhan@tousley.com
TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
Telephone: (206) 682-5600

Gary M. Klinger (*pro hac vice* anticipated)
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
gklinger@milberg.com

Alexandra M. Honeycutt (*pro hac vice* anticipated)
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
800 S. Gay St., STE 1100
Knoxville, TN 37929
Telephone: (866) 252-0878
ahoneycutt@milberg.com

**Attorneys for Plaintiff Boycat, Inc.**

February 27, 2025

By: */s Jason T. Dennett*
Jason T. Dennett, WSBA #30686
jdennett@tousley.com
Joan Pradhan, WSBA #58134
jpradhan@tousley.com
TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
Telephone: (206) 682-5600

Adam E. Polk (*pro hac vice*)
Simon S. Grille (*pro hac vice*)

STIP. & ORDER TO SET DEADLINES - 6
4935-3152-4385v.1 0025936-003787

|   |   |   |
|---|---|---|
| 1 |  | GIRARD SHARP LLP |
| 2 |  | 601 California Street, Suite 1400 |
|   |  | San Francisco, CA 94108 |
| 3 |  | Telephone: (415) 981-4800 |
|   |  | apolk@girardsharp.com |
| 4 |  | sgrille@girardsharp.com |

<br>

                                 ***Attorneys for Plaintiff Jennifer Brodiski***

February 27, 2025

By: *s/ Jason T. Dennett*
Jason T. Dennett, WSBA #30686
jdennett@tousley.com
Joan Pradhan, WSBA #58134
jpradhan@tousley.com
TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
Telephone: (206) 682-5600

Joshua P. Davis (*pro hac vice* anticipated)
jdavis@bm.net
BERGER MONTAGUE PC
505 Montgomery Street, Suite 625
San Francisco, CA 94111
T.415.215.0962; F.215.875.4604

Sophia M. Rios (*pro hac vice*)
srios@bm.net
BERGER MONTAGUE PC
8241 La Mesa Blvd., Suite A
La Mesa, CA 91942
T. 619.489.0300

E. Michelle Drake (*pro hac vice*)
emdrake@bm.net
Marika K. O'Connor Grant (*pro hac vice*)
moconnorgrant@bm.net
BERGER MONTAGUE PC
1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
T. 612.594.5999; F. 612.584.4470

***Attorneys for Plaintiff Shonna Coleman***

February 27, 2025

By: *s/ Derek W. Loeser*
Derek W. Loeser, WSBA #24274
KELLER ROHRBACK L.L.P.

STIP. & ORDER TO SET DEADLINES - 7
4935-3152-4385v.1 0025936-003787

|   |   |
|---|---|
|   | 1201 Third Avenue, Suite 3400<br>Seattle, WA 98101-3268<br>Telephone: (206) 623-1900<br>Facsimile: (206) 623-3384<br>dloeser@kellerrohrback.com<br>claufenberg@kellerrohrback.com<br>adaniel@kellerrohrback.com<br>kfisher@kellerrohrback.com<br>alindsay@kellerrohrback.com<br><br>***Attorneys for Plaintiff Xavier Smith*** |
| February 27, 2025 | By: *s/ Jason T. Dennett*<br>Jason T. Dennett, WSBA #30686<br>jdennett@tousley.com<br>Joan Pradhan, WSBA #58134<br>jpradhan@tousley.com<br>TOUSLEY BRAIN STEPHENS PLLC<br>1200 Fifth Avenue, Suite 1700<br>Seattle, Washington 98101<br>Telephone: (206) 682-5600<br><br>STUEVE SIEGEL HANSON LLP<br>Norman E. Siegel (*pro hac vice*)<br>Barrett J. Vahle (*pro hac vice*)<br>Joy D. Merklen (*pro hac vice*)<br>460 Nichols Road, Suite 200<br>Kansas City, Missouri 64112<br>Telephone: (816) 714-7100<br>siegel@stuevesiegel.com<br>vahle@stuevesiegel.com<br>merklen@stuevesiegel.com<br><br>***Attorneys for Plaintiff Storm Productions LLC*** |
| February 27, 2025 | By: *s/ Thomas E. Loeser*<br>Thomas E. Loeser, WSBA # 38701<br>Karin B. Swope, WSBA # 24015<br>COTCHETT, PITRE & MCCARTHY, LLP<br>1809 7th Avenue, Suite 1610<br>Seattle, WA 98101<br>Telephone: (206)-802-1272<br>Facsimile: (206)-299-4184<br>tloeser@cpmlegal.com<br>kswope@cpmlegal.com<br><br>***Attorneys for Plaintiff Just Josh, Inc.*** |

February 27, 2025

By: *s/ Jason T. Dennett*
Jason T. Dennett, WSBA #30686
jdennett@tousley.com
Joan Pradhan, WSBA #58134
jpradhan@tousley.com
TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
Telephone: (206) 682-5600

Bryan L. Clobes (*pro hac vice* anticipated)
Daniel O. Herrera (*pro hac vice* anticipated)
CAFFERTY CLOBES MERIWETHER
& SPRENGEL LLP
135 South LaSalle Street, Suite 3210
Chicago, IL 60603
Telephone: (312) 782-4880
Email: blcobes@caffertyclobes.com
dherrera@caffertyclobes.com

***Attorneys for Plaintiff Dana Bowling***

February 27, 2025

By: *s/ Jason T. Dennett*
Jason T. Dennett, WSBA #30686
jdennett@tousley.com
Joan Pradhan, WSBA #58134
jpradhan@tousley.com
TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
Telephone: (206) 682-5600

James J. Pizzirusso (*pro hac vice*)
Amanda V. Boltax (*pro hac vice*)
Ian E. Engdahl (*pro hac vice*)
HAUSFELD LLP
888 16th Street N.W., Suite 300
Washington, DC 20006
(202) 540-7200
jpizzirusso@hausfeld.com
mboltax@hausfeld.com
iengdahl@hausfeld.com

Steven M. Nathan (*pro hac vice*)
HAUSFELD LLP
33 Whitehall Street

STIP. & ORDER TO SET DEADLINES - 9
4935-3152-4385v.1 0025936-003787

|  |  |
|---|---|
|  | Fourteenth Floor<br>New York, NY 10004<br><br>LITE DEPALMA GREENBERG<br>& AFANADOR, LLC<br>Joseph J. DePalma (*pro hac vice* anticipated)<br>Catherine B. Derenze (*pro hac vice* anticipated)<br>Collin J. Schaffhauser (*pro hac vice* anticipated)<br>570 Broad St., Suite 1201<br>Newark, NJ 07102<br>Tel: (973) 623-3000<br>jdepalma@litedepalma.com<br>cderenze@litedepalma.com<br>cschaffhauser@litedepalma.com<br><br>**Attorneys for Plaintiff Tessa Rhodes** |
| February 27, 2025 | By: *s/ Cynthia Heidelberg*<br>Cindy Heidelberg, WSBA #44121<br>BRESKIN JOHNSON & TOWNSEND, PLLC<br>600 Stewart Street, Suite 901<br>Seattle, WA 98101<br>(206) 652-8660 Fax (206) 652-8290<br>cheidelberg@bjtlegal.com<br><br>Jason S. Rathod, Esq. (*pro hac vice* anticipated)<br>Nicholas A. Migliaccio, Esq. (*pro hac vice* anticipated)<br>MIGLIACCIO & RATHOD LLP<br>412 H St N.E., Suite 302<br>Washington, D.C. 20002<br>Tel: (202) 470-3520<br>Fax: (202) 800-2730<br>jrathod@classlawdc.com<br>nmigliaccio@classlawdc.com<br><br>**Attorneys for Plaintiffs Eddie Blotnicki, Larry Britt, Tia Coles, Miesha Dobbs, Courtney Doran, Jules Fletcher, Rachel Henderson, Carolyn Johnston, Angela Kachonik, Lauren Leatherman, Amy Malcolm, Tatiana Marquez, Kara Miller, Malik Nauman, Joey Nguyen, Caitlin Phillips, Leilani Shimoda, and Harris Wright** |
| February 27, 2025 | By *s/ Fred B. Burnside*<br>Fred B. Burnside, WSBA #32491 |

STIP. & ORDER TO SET DEADLINES - 10
4935-3152-4385v.1 0025936-003787

DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
Telephone: (206) 622-3150
E-mail: fredburnside@dwt.com

George Gordon (admitted *pro hac vice*)
Julia Chapman (admitted *pro hac vice*)
Caroline Power (admitted *pro hac vice*)
DECHERT LLP
Cira Centre, 2929 Arch Street
Philadelphia, PA 19104
Telephone: (215) 994-4000
George.Gordon@dechert.com
Julia.Chapman@dechert.com
Caroline.Power@dechert.com

Gregory Chuebon (admitted *pro hac vice*)
DECHERT LLP
1095 6th Ave
New York, NY 10036
Telephone: (212) 698-3500
Greg.Chuebon@dechert.com

**Attorneys for Defendant Microsoft Corporation**

# ORDER

This matter comes before the Court on the Parties' Stipulated Motion to Extend Deadlines and Proposed Order. The Court GRANTS the Parties' Stipulated Motion and establishes the following schedule:

- The above captioned actions shall be consolidated as *In re Microsoft Browser Extension Litigation*, No. 2:25-cv-00088-RSM (W.D. Wash);
- Plaintiffs shall file a motion for the appointment of interim class counsel on or before March 3, 2025;
- Plaintiffs will file a Consolidated Amended Complaint within 30 days of an order appointing interim class counsel;
- Microsoft will respond to the Consolidated Amended Complaint within 45 days after the filing of Plaintiffs' consolidated complaint;

If Microsoft responds by way of motion to dismiss, interim class counsel shall file an opposition to the motion to dismiss within 45 days of the motion; and Microsoft shall have 21 days to file a reply.

IT IS SO ORDERED.

DATED this 3rd day of March, 2025.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE